Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys For Use Plaintiff Consolidated
Electrical Distributors, Inc., dba CED Power

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:18-cv-01905-SB<br><br>CORPORATE DISCLOSURE STATEMENT BY USE PLAINTIFF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, use plaintiff Consolidated

Page 1 - CORPORATE DISCLOSURE STATEMENT BY USE PLAINTIFF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

Electrical Distributors, Inc., dba CED Power ("CED"), through the undersigned, hereby discloses that CED does not have a parent corporation and there is no publicly held corporation owning 10% or more of CED's stock.

DATED this 31st day of October, 2018.

    SCOTT ◆ HOOKLAND LLP

    By: _____
    Douglas R. Hookland, OSB #872583
    drh@scott-hookland.com
    Of Attorneys for Use Plaintiff Consolidated
    Electrical Distributors, Inc., dba CED Power

Page 2 - CORPORATE DISCLOSURE STATEMENT BY USE PLAINTIFF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.