Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys for Use Plaintiff Consolidated
Electrical Distributors, Inc., dba CED Power

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:18-cv-01905-SB<br><br>ORDER GRANTING AND WITHDRAWING PLAINTIFFS' MOTIONS TO BRING IN THIRD PARTIES OR DISMISS COUNTERCLAIMS [BY STIPULATION] |

PAGE 1 – ORDER GRANTING AND WITHDRAWING PLAINTIFF'S MOTIONS TO BRING IN THIRD PARTIES OR DISMISS COUTNERCLAIMS [BY STIPULATION]

**SCOTT ◆ HOOKLAND LLP**
L A W Y E R S
Mailing Address: Post Office Box 23414, Tigard, Oregon 97281 ◆ Street Address: 9185 SW Burnham, Tigard, Oregon 97223
Telephone: 503-620-4540 ◆ Facsimile: 503-620-4315

## STIPULATIONS

The parties, by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs' motion to bring in third parties should be granted, and plaintiff should be allowed to file its third-party complaint and have summonses issued to the third-party defendants; and

2. Plaintiffs' alternative motion to dismiss defendant Nova Group, Inc.'s counterclaims is withdrawn.

IT IS SO STIPULATED:

SCOTT◆HOOKLAND LLP

_____          Dated: 1/23/19
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff Consolidated
Electrical Distributors, Inc., dba CED Power


SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP

_____ (with Mr. Gragg's consent)          Dated: 1/23/19
Dan Gragg, OSB #96066
gragg@seifer-yeats.com
Andrew MacKendrick, OSB #141022
amm@seifer-yeats.com
Of Attorneys for Defendants

///

PAGE 2 – ORDER GRANTING AND WITHDRAWING PLAINTIFF'S MOTIONS TO BRING IN THIRD PARTIES OR DISMISS COUTNERCLAIMS [BY STIPULATION]

ORDER

Pursuant to the above stipulations, and the Court being otherwise fully advised, it is hereby

ORDERED that plaintiffs' motion to bring in third parties is hereby granted, and plaintiff may file its third-party complaint and have the court clerk issue summonses to the third-party defendants; and it is further hereby

ORDERED that plaintiff's alternative motion to dismiss defendant Nova Group, Inc.'s counterclaims is hereby withdrawn with the Court issuing no ruling on such alternative motion.

Dated this 24th day of January, 2019.

*Stacie F. Beckerman*
Stacie F. Beckerman
U.S. Magistrate Judge

Presented by:

SCOTT◆HOOKLAND LLP

_____   Dated: 1/23/19
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff Consolidated
Electrical Distributors, Inc., dba CED Power

PAGE 3 – ORDER GRANTING AND WITHDRAWING PLAINTIFF'S MOTIONS TO BRING IN THIRD PARTIES OR DISMISS COUTNERCLAIMS [BY STIPULATION]