| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Douglas R. Hookland Esq.<br>Law Offices Of: Scott Hookland, LLP.<br>P.O. Box #23414<br>Tigard, OR 97281<br>*Telephone No:* 503-620-4540     *FAX No:* 503-620-4315<br>pkw@scott-hookland.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Telephone No:* 503-620-4540     *FAX No:* 503-620-4315

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court for the District of Oregon

*Plaintiff:* United States of America, et al.

*Defendant:* Nova Group, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:18-CV-01905-SB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons On A Third-Party Complaint; Third-Party Complaint; Complaint;; Answer, Affirmative Defenses, And Counterclaim; Complaint;; Civil Case Assignment Order; Discovery And Pretrial Scheduling Order; Blank Fed.R.Civ.P.26(A)(1) Discovery Agreement; Blank Consent To Jurisdiction By A Magistrate Judge And Designation Of The Normal Appeal Route; Civil Case Management Time Schedules; Answer, Affirmative Defenses, And Counterclaim; Plaintiff's Answer To Defendant Nova Group, Inc.'s Counterclaims

3. *a. Party served:*        Industrial Electric MFG., Inc., by serving, Ed Herman, CEO

4. *Address where the party was served:*        Industrial Electric MFG, Inc.<br>48205 Warm Springs Blvd.<br>Fremont, CA 94539

5. *I served the party:*
  b. **by substituted service.** On: Mon., Feb. 11, 2019 at: 9:31AM by leaving the copies with or in the presence of:
          Jennifer Quach, Senior H.R. Manager/Person Apparently in Charge, Asian, Female, 34 Years Old, Black Hair, 5 Feet 6 Inches, 140 Pounds
    (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Tue., Feb. 12, 2019 from: Fremont, CA

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
  *on behalf of:* Industrial Electric MFG., Inc., by serving, Ed Herman, CEO
  Under (corporation)

7. *Person Who Served Papers:*                    *Fee for Service:*     $90.00
  a. Jason M. Burke, CCPS.
  b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA 94538
  c. (877) 797-9996, FAX (510) 797-9998

8. *I declare under penalty of perjury under the laws of the State of OREGON and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons                     (Jason M. Burke, CCPS.)      *shllp.45598*