Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys For Use Plaintiff Consolidated
Electrical Distributors, Inc., dba CED Power

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, | Civil Action No. 3:18-cv-01905-SB<br><br>AFFIDAVIT OF SERVICE BY MAILING FOR OFFICE SERVICE |
| Plaintiff,<br>vs. | |
| NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, | |
| Defendants, | |
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, | |
| Third-Party Plaintiff, | |

Page 1 - AFFIDAVIT OF SERVICE BY MAILING FOR OFFICE SERVICE

vs.

INDUSTRIAL ELECTRIC MFG., INC., a
suspended California entity; and RESOURCE
ENGINEERED PRODUCTS, LLC, an
Oregon limited liability company,

                    Third-Party Defendants.

STATE OF OREGON        )
                       ) ss.
County of Washington   )

      I, Douglas R. Hookland, depose and say:

      1)     I am one of the attorneys representing Plaintiff in the above-captioned matter.

      2)     On February 11, 2019 at 9:31 a.m. defendant Industrial Electric Mfg., Inc. was served with (1) Summons on a Third-Party Complaint directed to Industrial Electric Mfg., Inc.; (2)  Third-Party Complaint; (3) Complaint; (4) Civil Case Assignment Order; Discovery and Pre-trial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; and Civil Case Management Time Schedules; (5) Answer, Affirmative Defenses, and Counterclaim; and (6) Plaintiff's Answer to Defendant Nova Group, Inc.'s Counterclaims by service upon Jennifer Quach, the person apparently in charge of the office maintained by Ed Herman, CEO, located at 48205 Warm Springs Blvd., Fremont, CA  94539.

      3)     The attached letter was served upon defendant Industrial Electric Mfg., Inc. by depositing the original thereof in the United States mail at Tigard, Oregon on February 14, 2019,

/ / /

Page 2 - AFFIDAVIT OF SERVICE BY MAILING FOR OFFICE SERVICE

enclosed in a sealed envelope addressed to said defendant as shown thereon with the enclosures

noted therein included with sufficient postage prepaid.

DATED February 14, 2019.

SCOTT◆HOOKLAND LLP

By:_____

Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Of Attorneys for Plaintiff
and Third-Party Plaintiff


SUBSCRIBED AND SWORN TO before me this 14th day of February, 2019.




Notary Public for Oregon


OFFICIAL STAMP
PAMELA KAYE WEBSTER
NOTARY PUBLIC-OREGON
COMMISSION NO. 966351
MY COMMISSION EXPIRES SEPTEMBER 11, 2021


Page 3 - AFFIDAVIT OF SERVICE BY MAILING FOR OFFICE SERVICE