UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA for the use
and benefit of CONSOLIDATED ELECTRICAL
DISTRIBUTORS, INC.,

        Plaintiff,

vs.

NOVA GROUP, INC., et al.,

        Defendant.
_____/

Case No. **3:18-cv-01905-SB**

AFFIDAVIT OF SERVICE

STATE OF OREGON  
County of Multnomah        ss.

I, Steven C. Black, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons on a Third-Party Complaint and Third-Party Complaint; Exhibit A and B; Complaint; Answer, Affirmative Defenses, and Counterclaim; Plaintiff's Answer to Defendant Nova Group, Inc.'s Counterclaims; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules*

<u>CORPORATE SERVICE:</u>

Upon **RESOURCE ENGINEERED PRODUCTS, LLC**, by delivering such true copy, personally and in person, to John W Milner, who is the Registered Agent thereof, at 1665 SW Midvale Rd, Portland, OR 97219 on February 14, 2019 at 2:55 PM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____  
Steven C. Black  
Nationwide Process Service, Inc.  
1201 S.W. 12th Avenue, Suite 300  
Portland, OR 97205  
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this _15_ day of _February_, 20_19_ by Steven C. Black.

_____  
Notary Public

OFFICIAL STAMP  
SAMANTHA JO DAHL OLSON  
NOTARY PUBLIC-OREGON  
COMMISSION NO. 978868  
MY COMMISSION EXPIRES SEPTEMBER 17, 2022



*342591*