**Robert D. Scholz, OSB No. 773379**
**Christopher B. Marks, OSB No. 833911**
MacMillan, Scholz & Marks, PC
900 SW Fifth Avenue, Ste. 1800
Portland, OR 97204
Telephone: 503 224-2165
Facsimile: 503-224-0348
rscholz@msmlegal.com
cmarks@msmlegal.com

          Attorneys for Third-Party Defendant Resource Engineered Products, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, <br><br>        Plaintiff, <br><br>  v. <br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, <br><br>        Defendants. | Case No. 3:18-cv-01905-SB <br><br> THIRD-PARTY DEFENDANT RESOURCE ENGINEERED PRODUCTS, LLC'S UNOP-POSED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT AN APPEARANCE |
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, <br><br>        Third-Party Plaintiff, <br><br>  v. <br><br>INDUSTRIAL ELECTRICAL MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company, <br><br>        Third-Party Defendants. | |

Page 1 – THIRD-PARTY DEFENDANT RESOURCE ENGINEERED PRODUCTS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT AN APPEARANCE

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH STREET, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

Pursuant to FRCP 6(b), Third-Party Defendant Resource Engineered Products, LLC ("REP") moves the Court for its Order extending the time in which REP may submit its appearance to May 7, 2019. Third-Party Plaintiff's attorney does not object to this request. This law firm was just retained on March 1, 2019, and counsel will need sufficient time to review the file, consult with the client, and submit an appearance.

DATED: March 7, 2019.

> Respectfully submitted,
>
> MacMILLAN, SCHOLZ & MARKS, P.C.
>
> s/Christopher B. Marks
> ROBERT D. SCHOLZ, OSB #773379
> CHRISTOPHER B. MARKS, OSB #833911
> rscholz@msmlegal.com
> cmarks@msmlegal.com
> *Of Attorneys for REP*

Page 2 – THIRD-PARTY DEFENDANT RESOURCE ENGINEERED PRODUCTS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT AN APPEARANCE

**MACMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH STREET, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the foregoing THIRD-PARTY DEFENDANT RESOURCE ENGINEERED PRODUCTS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT AN APPEARANCE on March 7, 2019, upon the attorneys listed below via through CM/ECF electronic filing of the same.

Douglas R. Hookland
drh@scott-hookland.com
 *Of Attorneys for Plaintiff*

Dan Gragg
gragg@seifer-yeats.com
 *Of Attorneys for Defendants*

DATED:  March 7, 2019.

        MacMILLAN, SCHOLZ & MARKS, P.C.

        s/Christopher B. Marks
        ROBERT D. SCHOLZ, OSB#773379
        CHRISTOPHER B. MARKS, OSB # 833911
        rscholz@msmlegal.com
        cmarks@msmlegal.com
         *Of Attorneys for REP*

Page 3 – THIRD-PARTY DEFENDANT RESOURCE ENGINEERED PRODUCTS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT AN APPEARANCE
**MACMILLAN, SCHOLZ & MARKS, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH STREET, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165