Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys for Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants, | Case No. 3:18-cv-01905-SB<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT – BY STIPULATION |

PAGE 1 – ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED
THIRD-PARTY COMPLAINT – BY STIPULATION

| |
|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>INDUSTRIAL ELECTRIC MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company,<br><br>    Third-Party Defendants. |

## STIPULATION

The parties appearing in this action, by and through their respective counsel, hereby stipulate that plaintiff shall have leave to file a first amended third-party complaint joining The New IEM, LLC as a third-party defendant.

IT IS SO STIPULATED:

SCOTT◆HOOKLAND LLP


s/ Douglas R. Hookland
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

///

PAGE 2 – ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED
    THIRD-PARTY COMPLAINT – BY STIPULATION

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP

s/ Dan Gragg
Dan Gragg, OSB #96066
gragg@seifer-yeats.com
Of Attorneys for Defendants Nova Group, Inc.,
Federal Insurance Company, and
Liberty Mutual Insurance Company

MACMILLAN, SCHOLZ & MARKS, P.C.

s/ Christopher B. Marks
Christopher B. Marks, OSB No. 833911
cmarks@msmlegal.com
Of Attorneys for Third-Party Defendant
Resource Engineered Products, LLC

## ORDER

Based on the above stipulation, it is hereby

ORDERED that plaintiff hereby has leave to file a first amended third-party complaint joining The New IEM, LLC as a third-party defendant.

Dated this _____ day of _____, 2019.

_____
Honorable Stacie F. Beckerman

SUBMITTED BY:

SCOTT◆HOOKLAND LLP

s/ Douglas R. Hookland
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

PAGE 3 – ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED
THIRD-PARTY COMPLAINT – BY STIPULATION

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, the ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT was served upon:

| | |
|---|---|
| Dan Gragg<br>Seifer, Yeats, Zwierzynski & Gragg, LLP<br>121 SW Morrison St., Suite 1025<br>Portland, OR 97204<br>gragg@seifer-yeats.com<br><br>Attorneys for Defendants Nova Group, Inc., Federal Insurance Company, and Liberty Mutual Insurance Company | ____ by first-class mail<br>  X   by Court's ECF program<br>____ by e-mail<br>____ by hand delivery<br>____ by facsimile<br>____ by courier |
| Robert D. Scholz<br>Christopher B. Marks<br>MacMillan, Scholz & Marks, P.C.<br>900 SW Fifth Street, Suite 1800<br>Portland, OR 97204<br>rscholz@msmlegal.com<br>cmarks@msmlegal.com<br><br>Attorneys for Third-Party Defendant Resource Engineered Products, LLC | ____ by first-class mail<br>  X   by Court's ECF program<br>____ by e-mail<br>____ by hand delivery<br>____ by facsimile<br>____ by courier |

Dated this 7th day of March, 2019.

SCOTT ◆ HOOKLAND LLP

s/ Douglas R. Hookland
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff and Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power

Page 1 - CERTIFICATE OF SERVICE

**SCOTT ◆ HOOKLAND LLP**
L A W Y E R S
Mailing Address: Post Office Box 23414, Tigard, Oregon 97281 ◆ Street Address: 9185 SW Burnham, Tigard, Oregon 97223
Telephone: 503-620-4540 ◆ Facsimile: 503-620-4315