Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys For Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:18-cv-01905-SB<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on March 11, 2019, the following documents: FIRST AMENDED

Page 1 - CERTIFICATE OF SERVICE

THIRD-PARTY COMPLAINT and CERTIFICATE OF SERVICE was served upon:

| | |
|---|---|
| Dan Gragg | ____ by first-class mail |
| Seifer, Yeats, Zwierzynski & Gragg, LLP | _X__ by Court's ECF program |
| 121 SW Morrison St., Suite 1025 | ____ by e-mail |
| Portland, OR  97204 | ____ by hand delivery |
| gragg@seifer-yeats.com | ____ by facsimile |
| | ____ by courier |

Attorneys for Defendants Nova Group, Inc., Federal Insurance Company, and Liberty Mutual Insurance Company

| | |
|---|---|
| Robert D. Scholz | ____ by first-class mail |
| Christopher B. Marks | _X__ by Court's ECF program |
| MacMillan, Scholz & Marks, P.C. | ____ by e-mail |
| 900 SW Fifth Street, Suite 1800 | ____ by hand delivery |
| Portland, OR  97204 | ____ by facsimile |
| rscholz@msmlegal.com | ____ by courier |
| cmarks@msmlegal.com | |

Attorneys for Third-Party Defendant Resource Engineered Products, LLC

Dated this 11th day of March, 2019.

SCOTT ◆ HOOKLAND LLP

s/ Douglas R. Hookland
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Of Attorneys for Use Plaintiff and Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power

Page 2 - CERTIFICATE OF SERVICE