| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Douglas R. Hookland Esq.<br>Law Offices Of: Scott Hookland, LLP.<br>P.O. Box #23414<br>Tigard, OR 97281<br>*Telephone No:* 503-620-4540    *FAX No:* 503-620-4315<br>pkw@scott-hookland.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the District of Oregon

*Plaintiff:* United States of America, et al.

*Defendant:* Nova Group, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:18-CV-01905-SB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons On A Third-Party Complaint; First Amendedthird-Party Complaint; Complaint;; Answer, Affirmative Defenses, And Counterclaim; Complaint;; Civil Case Assignment Order; Discovery And Pretrial Scheduling Order; Fed. R. Civ. P. 26(A)(1) Discovery Agreement; Consent To Jurisdiction By A Magistrate Judge And Designation Of The Normal Appeal Route; Civil Case Management Time Schedules; Answer, Affirmative Defenses, And Counterclaim; Plaintiff's Answer To Defendant; Nova Group, Inc.'s Counterclaims Notice Of Electronic Filing; Notice Of Electronic Filing.

*3. a. Party served:*  The New IEM, LLC., by serving, Edward Herman, agent for service of process

*4. Address where the party was served:*  The New IEM, LLC.
48205 Warm Springs Blvd.
Fremont, CA 94539

*5. I served the party:*
b. **by substituted service.** On: Wed., Mar. 13, 2019 at: 1:02PM by leaving the copies with or in the presence of:
Jennifer Quach, H.R. Manager/Person Apparently in Charge, Asian, Female, 36 Years Old, Black Hair, Glasses Over Eyes, 5 Feet 5 Inches, 150 Pounds
(1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
(4) A declaration of mailing is attached.
6. The "*Notice to the Person Served*" (on the Summons) was completed as follows:
*on behalf of:* The New IEM, LLC., by serving, Edward Herman, agent for service of process
*Other:* CCP 416.40 and/or Corporation Code 17061 (LLC).

*7. Person Who Served Papers:*  *Fee for Service:*  $120.00
a. Jason M. Burke, CCPS.
b. **D & R Legal Process Service, L.L.C.**
39159 Paseo Padre Parkway
Suite #112
Fremont, CA 94538
c. (877) 797-9996, FAX (510) 797-9998

*8. I declare under penalty of perjury under the laws of the State of OREGON and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons                                   (Jason M. Burke, CCPS.)                *shllp.45809*