**IEM**™  
Industrial Electric Mfg™  
48205 Warm Springs Blvd  
Fremont CA 94539  
dir 510.656.1600  
fax 510.656.6250  
www.iemfg.com

*handwritten:* 2877 Go LA Palm  
Anaheim  
92806

# QUOTATION

*handwritten:*  
Wade Logan  
760-409-7168  
wlogan@cedpower.com

**Date:** 12/17/14

**To:** Resource Engineering

**Attn:** John Milner

**Quote No:** 45089rev1

**Project: Bonneville Job**

*IEM is pleased to offer the following quotation for your consideration. Any order resulting from this quotation will be accepted by IEM only on the basis of IEM's General Terms and Conditions of Sale. Notice of exception to any conflicting requirements is hereby given. This quotation, unless accepted, will expire thirty calendar days from the date of issue and can be withdrawn by notice within that period. Any order is subject to credit review and/or arrangements for payment in a manner acceptable to IEM prior to acceptance by IEM. Specifically excluded from this quotation is any IEM warrant of merchantability or fitness or a particular purpose for the IEM equipment described.*

```
Item    Qty     Description
1       2       METALCLAD NEMA 1 INDOOR SWITCHGEAR        1SJ1N, 1SJ1S
                3Ø 3W 12.47KV 1200 AMP CU BUS 95KV BIL CONS OF:
                  1 - BREAKER SECTION - EACH CONS OF:
                      1 - BUS RISER FOR TIE BUS DUCT CONNECTION
                      1 - 15KV 1200 AMP 20KA VACUUM BREAKER
                              - 125 VDC POWER
                      9 - 1200:5 MR CT'S
                      1 - 50:5 ZERO SEQUENCE CT
                      1 - MOC
                      1 - TOC
                      1 - SCHWEITZER SEL 751 RELAY
                              - ARC FLASH DETECTION
                      1 - MAINTENANCE MODE SWITCH
                      1 - BREAKER CONTROL SWITCH WITH LIGHTS
                      1 - REMOTE/LOCAL SELECTOR SWITCH
                      2 - INTERPOSING RELAYS
                      3 - PT'S WITH CLF
                      1 - DRAWERS
                      1 - THERMOSTAT
                      3 -   SPACE HEATERS
                      1 -   IR WINDOWS
```

Tradition. Technology. Innovation.

Exhibit 1  
Page 1 of 8

1 - BREAKER SECTION - EACH CONS OF:
  1 - 15KV 1200 AMP 20KA VACUUM BREAKER
              - 125 VDC POWER
  9 - 1200:5 MR CT'S
  1 - 50:5 ZERO SEQUENCE CT
  1 - MOC
  1 - TOC
  1 - SCHWEITZER SEL 751 RELAY
  1 - MAINTENANCE MODE SWITCH
  1 - BREAKER CONTROL SWITCH WITH LIGHTS
  1 - REMOTE/LOCAL SELECTOR SWITCH
  2 - INTERPOSING RELAYS
  1 - PT'S WITH CLF
  1 - DRAWERS
  3 - SPACE HEATERS
  1 - IR WINDOWS
1 - FEEDER SECTION - EACH CONS OF:
  2 - 15KV 1200 AMP 20KA VACUUM BREAKER
              - 125 VDC POWER
  12 - 1200:5 MR CT'S
  2 - 50:5 ZERO SEQUENCE CT
  2 - MOC
  2 - TOC
  2 - SCHWEITZER SEL 751 RELAY
  1 - SCHWEITZER SEL 487B RELAY
  2 - TEST SWITCHES
  1 - 86 LOCKOUT RELAY
  2 - MAINTENANCE MODE SWITCH
  2 - BREAKER CONTROL SWITCH WITH LIGHTS
  2 - REMOTE/LOCAL SELECTOR SWITCH
  4 - INTERPOSING RELAYS
  6 - SPACE HEATERS
  2 - IR WINDOWS
1 - FEEDER SECTION - EACH CONS OF:
  2 - 15KV 1200 AMP 20KA VACUUM BREAKER
              - 125 VDC POWER
  12 - 1200:5 MR CT'S
  2 - 50:5 ZERO SEQUENCE CT
  2 - MOC
  2 - TOC

```
                    1 - FILTERS FOR LOUVERS
                    1 - BREAKER TEST CABINET
                    1 - BREAKER LIFT DEVICE
                    1 - REMOTE RACKING DEVICE
                    1 - (LOT) STANDARD BREAKER & SWITCHGEAR ACCESSORIES
2        2      METALCLAD NEMA 1 INDOOR SWITCHGEAR
                3Ø 3W 12.47KV 1200 AMP CU BUS 95KV BIL CONS OF:
                    1 - BREAKER SECTION - EACH CONS OF:
                        1 - 15KV 1200 AMP 20KA VACUUM BREAKER
                                    - 125 VDC POWER
                        9 - 1200:5 MR CT'S
                        1 - 50:5 ZERO SEQUENCE CT
                        1 - MOC
                        1 - TOC
                        1 - SCHWEITZER SEL 751 RELAY
                                - ARC FLASH DETECTION
                        1 - SCHWEITZER SEL 487B RELAY
                        1 - WATTHOUR METER
                        2 - TEST SWITCHES
                        1 - 86 LOCKOUT RELAY
                        1 - MAINTENANCE MODE SWITCH
                        1 - BREAKER CONTROL SWITCH WITH LIGHTS
                        1 - REMOTE/LOCAL SELECTOR SWITCH
                        2 - INTERPOSING RELAYS
                        3 - PT'S WITH CLF
                        1 - PT'S WITH CLF
                        2 - DRAWERS
                        1 - THERMOSTAT
                        3 - SPACE HEATERS
                        1 - IR WINDOWS
                    1 - FEEDER SECTION - EACH CONS OF:
                        2 - 15KV 1200 AMP 20KA VACUUM BREAKER
                                    - 125 VDC POWER
                        15 - 1200:5 MR CT'S
                        2 - 50:5 ZERO SEQUENCE CT
                        2 - MOC
                        2 - TOC
                        2 - SCHWEITZER SEL 751 RELAY
                        1 - WATTHOUR METER
```

*Handwritten annotations:* $362,055 ea Total 724,110,- 1 SJ2N 1 SJ2S

- 2 - SCHWEITZER SEL 751 RELAY
- 2 - MAINTENANCE MODE SWITCH
- 2 - BREAKER CONTROL SWITCH WITH LIGHTS
- 2 - REMOTE/LOCAL SELECTOR SWITCH
- 4 - INTERPOSING RELAYS
- 6 - SPACE HEATERS
- 2 - IR WINDOWS

1 - FEEDER SECTION - EACH CONS OF:
- 1 - 15KV 1200 AMP 20KA VACUUM BREAKER
  - 125 VDC POWER
- 1 - SPACE FOR FUTURE BREAKER
- 6 - 1200:5 MR CT'S
- 1 - 50:5 ZERO SEQUENCE CT
- 1 - MOC
- 1 - TOC
- 1 - SCHWEITZER SEL 751 RELAY
- 1 - MAINTENANCE MODE SWITCH
- 1 - BREAKER CONTROL SWITCH WITH LIGHTS
- 1 - REMOTE/LOCAL SELECTOR SWITCH
- 2 - INTERPOSING RELAYS
- 3 - SPACE HEATERS
- 1 - IR WINDOWS

1 - BREAKER SECTION - EACH CONS OF:
- 1 - 15KV 1200 AMP 20KA VACUUM BREAKER
  - 125 VDC POWER
- 3 - 1200:5 MR CT'S
- 1 - 50:5 ZERO SEQUENCE CT
- 1 - MOC
- 1 - TOC
- 1 - SCHWEITZER SEL 751 RELAY
- 1 - MAINTENANCE MODE SWITCH
- 1 - BREAKER CONTROL SWITCH WITH LIGHTS
- 1 - REMOTE/LOCAL SELECTOR SWITCH
- 2 - INTERPOSING RELAYS
- 1 - PT'S WITH CLF
- 1 - DRAWERS
- 3 - SPACE HEATERS
- 1 - IR WINDOWS

1 - KIRK KEYED LOCK
1 - ARC FLASH SENSORS

        2 - MAINTENANCE MODE SWITCH
        2 - BREAKER CONTROL SWITCH WITH LIGHTS
        2 - REMOTE/LOCAL SELECTOR SWITCH
        4 - INTERPOSING RELAYS
        6 - SPACE HEATERS
        2 - IR WINDOWS
    1 - FEEDER SECTION - EACH CONS OF:
        2 - 15KV 1200 AMP 20KA VACUUM BREAKER
              - 125 VDC POWER
        12 - 1200:5 MR CT'S
        2 - 50:5 ZERO SEQUENCE CT
        2 - MOC
        2 - TOC
        2 - SCHWEITZER SEL 751 RELAY
        2 - MAINTENANCE MODE SWITCH
        2 - BREAKER CONTROL SWITCH WITH LIGHTS
        2 - REMOTE/LOCAL SELECTOR SWITCH
        4 - INTERPOSING RELAYS
        6 - SPACE HEATERS
        2 - IR WINDOWS
    1 - KIRK KEYED LOCK
    1 - ARC FLASH SENSORS
    1 - FILTERS FOR LOUVERS
    1 - BREAKER TEST CABINET
    1 - BREAKER LIFT DEVICE
    1 - REMOTE RACKING DEVICE
    1 - (LOT) STANDARD BREAKER & SWITCHGEAR ACCESSORIES    *240,624 ea*
                                                      *481,248 Total*

3      1      MV SWITCHGEAR SPARE PARTS & ACCESSORIES:
    1 - SPARE CT OF EACH SIZE
    1 - SPARE CONTROL SWITCH OF EACH USED
    2 - SPARE INDICATING LAMP ASSEMBLES
    10 - SPARE INDICATING LAMPS
    1 - SPARE CONTROL RELAY OF EACH USED
    1 - (LOT) SPARE CONTROL FUSES
    1 - (LOT) SPARE TERMINAL BLOCKS
    2 - SPARE POTENTIAL TRANSFORMERS
    12 - SPARE POTENTIAL TRANSFORMER FUSES
    1 - SPARE SECONDARY DISCONNECT
    1 - SPARE AUX SWITCH

1 - (LOT) SPARE BREAKER COILS
1 - (LOT) SPARE BREAKER MOTOR
1 - (LOT) TOUCH-UP PAINT
1 - BIERER PS800W
1 - RELAY BENCH TEST SET
1 - SPARE HIGH IMP DIFF RELAY - SEL-587Z
2 - SPARE FEEDER RELAY - SEL-751
1 - MANUAL CHARGING HANDLE
1 - MANUAL RACKING CRANK
2 - REMOTE RACKING DEVICE
1 - TEST JUMPER
1 - BREAKER TEST CABINET
1 - BREAKER LIFT TRUCK          44,920.—

- NO FIELD TESTING OR START-UP INCLUDED
- NO TRAINING, START-UP OR COMMISSIONING INCLUDED

ENGINEERING SERVICES ARE AVAILABLE FOR $1,400 PER DAY PLUS EXPENSES

*Spare 15kV Bkr — 10,250.—*
*1- Lot Metal Enclosed 44,682.—*

Total price $ plus applicable sales tax

*Total — 1,305,155.—*

## COMMERCIAL SUMMARY

DRAWINGS — Approval drawings will be sent 3-6 weeks after receipt of order. Final drawings will be provided upon shipment.

AVAILABILITY — Delivery is 20-24 weeks after release to manufacturing

TITLE — FOB Factory – Fremont, CA

FREIGHT — Prepaid and allowed

PAYMENT TERMS — Payment terms are Net 30 days. Finance charges of 1 ½% per month on the unpaid balance will be added if payments are not made according to the terms

**Progress payments: (Option 1) Preferred**
10% with P.O.
20% on submittal approval
20% upon of mfg completion

Tradition. Technology. Innovation.
Exhibit 1
Page 6 of 8

                                20% upon test acceptance
                                20% upon shipment
                                10% upon successful commissioning

**Progress Billing and Milestone Payment Terms (Option 2) Alternate depending on requirements of quotation**
15% upon drawing submittal
50% upon receipt of major materials
20% upon completion of shop testing
15% upon completion of commissioning

| | |
|---|---|
| TAXES | Taxes are not included |
| WARRANTY | IEM standard warranty, 12 months from in service date or 18 months from shipment, whichever occurs first is applicable |
| ENG & FIELD SERVICE | Manufacturers engineering and field services are not included in the proposal, but are available for $1,400.00 per day plus expenses, plus 15% |

Total cost of IEM field service representative to be on site for installation, start-up, commissioning, and training is

Each additional day required such as standby, holidays or any other time outside the proposed estimate will be billed per rates of $1,550.00 per day.

| | |
|---|---|
| QUOTE VALIDITY | This quote is valid for 30 days. |

## Notes & Clarifications:

Proposal is IEM's best interpretation of customer supplied information and deemed required for proper equipment design and construction

Proposal is based on IEM interpretation of customer supplied plans and specification. IEM reserves the right to take exception to anything that is not mentioned or supplied on the above BOM

Price is final based on the above listed bill of material components only

Price is subject to change upon notice

Control power by others

Equipment is based on GE Power-Vac breakers

Seismic calculations are not included

IEM does have seismic certification for the proposed equipment upon request

Short circuit and protection study is not included

NETA field testing is not included

Thank you for the opportunity to be of service. Please review this proposal and contact me if you have any questions.

Regards,

*Jerry Gierke*

**Jerry Gierke**
Vice-President
jerry.gierke@iemfg.com
510.360.1262 direct
510.421.6987 cell

Exhibit 1
Tradition. Technology. Innovation.
Page 8 of 8