

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*For Consumer or Employment cases, please visit **www.adr.org** for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

Name of Respondent: Consolidated Electrical Distributors, Inc., dba CED Power

Address: 2861 East La Palma Ave.

| City: Anaheim | State: California | Zip Code: 92806 |
|---|---|---|
| Phone No.: 714-975-9016 | Fax No.: 714-975-9016 | |

Email Address:

Name of Representative (if known):

Name of Firm (if applicable):

Representative's Address:

| City: | State: Select... | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

A claim arising out of or related to the purchase of goods by Respondent from Claimant or arising out of or related to Claimant's General Terms and Conditions whereby Respondent asserts that it purchase materials from Claimant and Claimant is both not responsible for and responsible for delivery of materials consistent with material orders.

Dollar Amount of Claim: $    145,000.00

Other Relief Sought: ☑ Attorneys Fees  ☐ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary
☑ Other:  Declaration of Rights

Amount enclosed: $ 1,925.00

In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Knowledgeable in the construction industry.
Such arbitrator should be located in/near Fremont, California.

Hearing locale: Fremont, California

*(check one)* ☑ Requested by Claimant  ☑ Locale provision included in the contract

Estimated time needed for hearings overall:          hours  or  one (1)          days

*Please visit our website at www.adr.org if you would like to file this case online.*
*AAA Case Filing Services can be reached at 877-495-4185.*

**Exhibit 2**
**Page 1 of 22**


Type of Business:

Claimant: manufacturer of electrical distribution equipment     Respondent: electrical distributors

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?

No.

Signature (may be signed by a representative):          Date:
                                                        February 26, 2019

Name of Claimant:  The NEW IEM, LLC

Address (to be used in connection with this case): 48205 Warm Springs Blvd

| City: Fremont | State: California | Zip Code: 94539 |
|---|---|---|

Phone No.: 510-656-1600          Fax No.:

Email Address: ed.herman@iemfg.com and clayton.such@iemfg.com

Name of Representative: Scott L. Goodsell and Willilam J. Healy

Name of Firm (if applicable): Campeau Goodsell Smith, L.C.

Representative's Address: 440 N. 1st St., #200

| City: San Jose | State: California | Zip Code: 95112 |
|---|---|---|

Phone No.: 408-295-9555          Fax No.:

Email Address: sgoodsell@campeaulaw.com and whealy@campeaulaw.com

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online.
AAA Case Filing Services can be reached at 877-495-4185.*

**Exhibit 2
Page 2 of 22**

1 | CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 | WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 200
3 | San Jose, California   95112
Telephone:   (408) 295-9555
4 | Facsimile:   (408) 295-6606

5 | ATTORNEYS FOR
The New IEM, LLC
6 |

7 | AMERICAN ARBITRATION ASSOCIATION

8 |

9 | THE NEW IEM, LLC,                                    ) Case No.
                                                        )
10 |                     Claimant,                       )
                                                        ) **DEMAND FOR ARBITRATION**
11 | vs.                                                 ) **ATTACHMENT**
                                                        )
12 | CONSOLIDATED ELECTRICAL                             )
DISTRIBUTORS, INC., dba CED                              )
13 | POWER; and DOES 1 through 5 inclusive,              )
                                                        )
14 |                     Respondents.                    )
                                                        )
15 |                                                     )
                                                        )
16 | _____           )

17 |        Claimant THE NEW IEM, LLC alleges as follows:

18 |                               **I. PARTIES.**

19 | 1.        Claimant THE NEW IEM, LLC ("IEM" or "Claimant") is a limited liability corporation

20 | organized and existing under the laws of the State of California, authorized and doing business within

21 | the County of Alameda and State of California, and maintaining a principal place of business located

22 | at 48205 Warm Springs Blvd., Fremont, California 94539.

23 | 2.        Respondent Consolidated Electrical Distributors, Inc. represents itself as a Delaware

24 | corporation, represents itself as doing business as CED Power, does business in the State of

25 | California and County of Alameda, and maintains a principal place of business and does business at

26 | 2861 East La Palma Ave, Anaheim, California 92806 ("CED" or "Respondent").

27 | 3.        Claimant is ignorant of the true names and capacities of respondents sued herein as Does 1

28 | through 5 inclusive and therefore names these respondents by fictitious names. Claimant will amend

1. its Demand For Arbitration and this Demand For Arbitration Attachment to alleged the true names

2. and capacities of these fictitiously named respondents when such information is ascertained.

3. 4.     Claimant is informed and believes and thereon alleges that each fictitiously named

4. respondent is intentionally, negligently, contractually, vicariously, or in some other manner

5. responsible for the occurrences herein alleged and that Claimant's rights include and damages were

6. substantially caused by such respondents. Claimant is informed and believes and thereon alleges that

7. at all times relevant herein, respondents, and each of them were the agents, principals, employees,

8. employers, partners, joint venturers, predecessors, successors, and/o representatives of the other

9. respondents and in doing the acts or omissions described herein were acting within the course and

10. scope of that relationship and authority with the knowledge, permission, authority and consent of the

11. other respondents.

12. 5.     Respondent and respondent are hereinafter jointly referred to as "Respondent" unless

13. indicated otherwise.

14. **II. VENUE/JURISDICTION**.

15. 6.     Jurisdiction is proper pursuant to California Code of Civil Procedure Section 1280 et seq.

16. 7.     Venue is proper pursuant to California Code of Civil Procedure Section 1280 et seq.

17. 8.     Claimant's General Terms and Conditions of Sale agreed to by Respondent provides, in

18. pertinent part:

> "**ARBITRATION**
> Any claim arising out of or related in any way to the purchase of goods
> or services by purchaser, or arising out of or related to these General
> Terms and Conditions, shall be submitted to binding arbitration before
> an arbitrator selected by the American Arbitration Association. Such
> arbitrator shall be knowledgeable in the construction industry, and such
> arbitration shall be conducted in accordance with the rules of the
> American Arbitration Association in Fremont, CA. The award entered
> by the arbitrator may be enforced in any court of competent jurisdiction
> in Alameda County, CA." (Bold Original)

**III. GENERAL ALLEGATIONS.**

9.     Claimant was formed on December 1, 2003 with the filing of  Limited Liability Company

Articles of Organization with the California Secretary of State.

10.     At times since December 1, 2003 Claimant has done business as "Industrial Electrical Mfg".

**Exhibit 2**
**Page 4 of 22**

1  11.    Claimant is a manufacturer of electrical distribution equipment.

2  12.    In or about March 2013 Claimant received a credit reference from Respondent.

3  13.    From approximately August 2017 through February 2018 Respondent ordered

4  specialty manufactured equipment from Claimant for use in the Bonneville Dam project (the

5  "Equipment"), Claimant delivered the Equipment, the Equipment was accepted by

6  Respondent and by its prime contractor Nova Group, Inc. ("Nova"), Claimant sent invoices

7  to Respondent for the Equipment, and Claimant received payments from Respondent for the

8  Equipment and invoices. In particular, Claimant sent Respondent the following invoices, true

9  and correct copies of which are attached hereto (jointly) as Exhibit A:

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| IF0000007391 | 8/24/2017 | $0.00 |
| IF0000007518 | 8/31/2017 | $781,812.50 |
| IF0000008391 | 10/31/2017 | $492,132.50 |
| IF0000008896 | 12/5/2017 | $55,870.00 |
| CF0000000318 | 12/13/2017 | <$79,768.00>[1] |
| IF0000009127 | 12/19/2017 | $0.00 |
| IF0000010165 | 2/28/2018 | $0.00 |

18  14.    Pursuant to Respondent's Check No. 02100087 dated 11/01/17 in the amount of

19  $679,827.00 and Check No. 2280134 dated 6/07/18 in the amount of $570,992.00, both

20  payable to "THE NEW IEM LLC", and some minor adjustments totaling approximately

21  $772.00, Respondent paid Claimant in full for the Equipment and referenced invoices.

22  15.    Each of the invoices contained IEM General Terms and Conditions of Sale which,

23  among other terms and conditions, provided for arbitration. Specifically, IEM General Terms

24  and Conditions of Sale provide, in pertinent part, as follows:

25          **"ARBITRATION**

26          Any claim arising out of or related in any way to the purchase of goods
           or services by purchaser, or arising out of or related to these General

27          Terms and Conditions, shall be submitted to binding arbitration before

28

---

[1]Adjustment to Invoice No. 1F0000007518.

DEMAND FOR ARBITRATION ATTACHMENT

**Exhibit 2**
**Page 5 of 22**

an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA." (Bold Original)

16.     Similarly, in December 2014 Respondents requested and received a quotation from Claimant relating the purchase of products from Claimant relating to the Bonneville Job (Quote No: 45089rev1). Said quotation specifically stated, in part, that:

> "IEM is pleased to offer the following quotation for your consideration. **Any order resulting from this quotation will be accepted by IEM only on the basis of IEM's General Terms and Conditions of Sale . . ."** (Bold Added)

17.     In/about January 2019 Claimant received correspondence from CED and CED's attorney dated December 31, 2018 addressed to Industrial Electric Manufacturing, Inc. ("IEM Corporation"), a different company than Claimant and one that had not operated since approximately 2002. Said correspondence asserted, in part, that Respondent had sued its prime contractor Nova and Nova's bond sureties for unpaid CED invoices, Nova had counterclaimed against CED for un-calculated offsetting sums, and CED wanted IEM Corporation to undertake CED's debt collection litigation against Nova.

18.     Upon Claimant's receipt of said correspondence from CED, it contacted Nova and was informed that Nova had no claims against Claimant regarding the Equipment delivered to the Bonneville Dam project, but that other equipment identified as Filnor switches previously provided by CED proved non-conforming and Nova withheld final payment from its contract with CED – all unrelated to the Equipment provided by Claimant.

19.     On or about  February 11, 2018 CED allegedly sub-served IEM Corporation, and not Claimant, with various pleadings from an action entitled United States of America for the use and benefit of Consolidated Electrical Distributors, Inc., dba CED Power v. Nova Group, et al. U.S. District Court of Oregon, Case No. 3:18 ("Oregon Matter").

Exhibit 2
Page 6 of 22

20. On February 15, 2018 Claimant, through counsel, advised CED and its attorney, in writing, that they were suing the wrong entity, they were wrong on the facts, and they were in the wrong forum and provided related details. Said correspondence also provided a February 20, 2019 deadline for a response. Late on February 20, 2019 CED and its attorney responded by asserting, in part, that they were unable to locate documents relating to Claimant.

21. A claim arising out of or related to the purchase of goods or services by Respondent, or arising out of or related to IEM General Terms and Conditions now exists. Said claim is subject to IEM General Terms and Conditions, including the term and condition for arbitration quoted hereinabove.

Dated: February 27, 2019                    CAMPEAU GOODSELL SMITH, L.C.
                                            /s/ William J. Healy
                                            William J. Healy, Esq.

Exhibit 2
Page 7 of 22

DEMAND FOR ARBITRATION ATTACHMENT

# EXHIBIT A

**Exhibit 2**
**Page 8 of 22**



# Invoice

| | | | |
|---|---|---|---|
| **Invoice No.:** | IF0000007391 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 8/24/2017 | **Order Contact:** | |
| **Due Date:** | 9/23/2017 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

| **Invoice To:** | CED2051 | **Deliver To:** | CED2051-3 |
|---|---|---|---|
| C.E.D POWER (ANAHEIM) | | NOVA GROUP | |
| ***CUSTOMERSERVICE@CEDPOWER.COM*** | | BONNEVILLE LOCK & DAM | |
| 2861 EAST LA PALMA AVE. | | 1-84 EXIT 40 | |
| ANAHEIM CA 92806 | | CASCADE OR 97014 | |
| USA | | USA | |

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 30 | A7ERGX100401501 | 26.000 | 0.00000 | 0.00 |
| | MOC ACTUATOR ASSY CONN ONLY | | | |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:** Net 30

| | |
|---|---|
| **Sales Amount** | 0.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 0.00 |

**Exhibit 2**
**Page 9 of 22**


Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont CA 94539

dir 510.656.1600
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

## SHIPPING SCHEDULES-PERFORMANCE

When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss of or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

## PENALTY CLAUSE

In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

## CANCELLATION

Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

## WARRANTIES

Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## PURCHASER'S REMEDIES

Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in

tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

## WEIGHTS AND DIMENSIONS

Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

## RETURNING PRODUCTS

Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

## ORDERS

All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

## CREDIT

Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

## TERMS OF PAYMENT

Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

## MINIMUM BILLING

Orders amounting to less than $100.00 net will be billed at $100.00.

## PRICES

Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

## POLICY

Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

## ARBITRATION

Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

## ATTORNEY'S FEES

In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

## SHIPMENT

All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

## TRANSPORTATION ALLOWANCES

Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

## EXPORT PACKAGING

If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.



# Invoice

| | | | |
|---|---|---|---|
| **Invoice No.:** | IF0000007518 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 8/31/2017 | **Order Contact:** | |
| **Due Date:** | 9/30/2017 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | | BONNEVILLE LOCK & DAM - UPGRADE |
| | | **Job Name:** | |

**Invoice To:** CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:** CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | SOLI0936710001<br>MV METALCLAD SWITCHGEAR "1SJ1" | 1.000 | 390,906.25000 | 390,906.25 |
| 2 | SOLI0936710002<br>MV METALCLAD SWITCHGEAR "1SJ2" | 1.000 | 390,906.25000 | 390,906.25 |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:** Net 30

| | |
|---|---|
| **Sales Amount** | 781,812.50 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 781,812.50 |

**Industrial Electric Mfg, 48205 Warm Springs Blvd, Fremont, CA, 94539, USA**
P: 510-656-1600
http://www.iemfg.com
Page 1 of 1

**Exhibit 2**
**Page 11 of 22**



Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont CA 94539

dir 510.656.1600
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

## SHIPPING SCHEDULES-PERFORMANCE

When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss of or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

## PENALTY CLAUSE

In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

## CANCELLATION

Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

## WARRANTIES

Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## PURCHASER'S REMEDIES

Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

## WEIGHTS AND DIMENSIONS

Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

## RETURNING PRODUCTS

Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

## ORDERS

All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

## CREDIT

Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

## TERMS OF PAYMENT

Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

## MINIMUM BILLING

Orders amounting to less than $100.00 net will be billed at $100.00.

## PRICES

Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

## POLICY

Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

## ARBITRATION

Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

## ATTORNEY'S FEES

In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

## SHIPMENT

All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

## TRANSPORTATION ALLOWANCES

Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

## EXPORT PACKAGING

If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.

**Exhibit 2**

**Page 12 of 22**



# Invoice

| | | | |
|---|---|---|---|
| **Invoice No.:** | IF0000008391 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 10/31/2017 | **Order Contact:** | |
| **Due Date:** | 11/30/2017 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

**Invoice To:** CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:** CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 3 | SOLI0936710003<br>MV METALCLAD SWITCHGEAR "1SJ NORTH" | 1.000 | 246,066.25000 | 246,066.25 |
| 4 | SOLI0936710004<br>MV METALCLAD SWITCHGEAR "1SJ SOUTH" | 1.000 | 246,066.25000 | 246,066.25 |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:** Net 30

| | |
|---|---|
| **Sales Amount** | 492,132.50 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 492,132.50 |

Industrial Electric Mfg, 48205 Warm Springs Blvd, Fremont, CA, 94539, USA
P: 510-656-1600
http://www.iemfg.com
Page 1 of 1

**Exhibit 2**
**Page 13 of 22**



Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont CA 94539

dir 510.656.1600
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

### SHIPPING SCHEDULES-PERFORMANCE

When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss of or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

### PENALTY CLAUSE

In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

### CANCELLATION

Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

### WARRANTIES

Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

### PURCHASER'S REMEDIES

Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in

tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

### WEIGHTS AND DIMENSIONS

Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

### RETURNING PRODUCTS

Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

### ORDERS

All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

### CREDIT

Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

### TERMS OF PAYMENT

Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

### MINIMUM BILLING

Orders amounting to less than $100.00 net will be billed at $100.00.

### PRICES

Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

### POLICY

Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

### ARBITRATION

Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

### ATTORNEY'S FEES

In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

### SHIPMENT

All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

### TRANSPORTATION ALLOWANCES

Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

### EXPORT PACKAGING

If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.

**Exhibit 2**



# Invoice

**IEM**
Tradition. Technology. Innovation.

| | | | |
|---|---|---|---|
| **Invoice No.:** | IF0000008896 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 12/5/2017 | **Order Contact:** | |
| **Due Date:** | 1/4/2018 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

**Invoice To:**　　　CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:**　　　CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 5 | SOLI0936710005<br>MISC. PARTS- "MV SPARE PARTS" | 1.000 | 55,870.00000 | 55,870.00 |
| 29 | SOLI0936710029<br>MISC PARTS "MV ACCESSORIES<br>261313-2.13" | 1.000 | 0.00000 | 0.00 |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:**　　Net 30

| | |
|---|---|
| **Sales Amount** | 55,870.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 55,870.00 |

**Industrial Electric Mfg, 48205 Warm Springs Blvd, Fremont, CA, 94539, USA**
P: 510-656-1600
http://www.iemfg.com
Page 1 of 1

**Exhibit 2**
**Page 15 of 22**



Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont CA 94539

dir 510.656.1600
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

## SHIPPING SCHEDULES-PERFORMANCE
When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss of or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

## PENALTY CLAUSE
In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

## CANCELLATION
Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

## WARRANTIES
Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## PURCHASER'S REMEDIES
Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in

tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

## WEIGHTS AND DIMENSIONS
Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

## RETURNING PRODUCTS
Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

## ORDERS
All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

## CREDIT
Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

## TERMS OF PAYMENT
Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

## MINIMUM BILLING
Orders amounting to less than $100.00 net will be billed at $100.00.

## PRICES
Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

## POLICY
Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

## ARBITRATION
Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

## ATTORNEY'S FEES
In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

## SHIPMENT
All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

## TRANSPORTATION ALLOWANCES
Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

## EXPORT PACKAGING
If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.

**Exhibit 2**

**Page 16 of 22**



Tradition. Technology. Innovation.

# Invoice Adjustment - Credit

| | | | |
|---|---|---|---|
| **Invoice No.:** | CF0000000318 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 12/13/2017 | **Order Contact:** | |
| **Due Date:** | 12/13/2017 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

**Invoice To:**  CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:**  CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | SOLI0936710001<br>MV METALCLAD SWITCHGEAR "1SJ1" | 1.000 | -39,884.00000 | -39,884.00 |

**Reason:** price adjustment as per CN 19801

**Price change:** From 390,906.25 to 351,022.25

**Original Invoice:** IF0000007518

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 2 | SOLI0936710002<br>MV METALCLAD SWITCHGEAR "1SJ2" | 1.000 | -39,884.00000 | -39,884.00 |

**Reason:** Price adjustment as per CN 19801

**Price change:** From 390,906.25 to 351,022.25

**Original Invoice:** IF0000007518

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Apply to Invoice:** IF0000007518

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:**  Net 30

| | |
|---|---|
| **Sales Amount** | -79,768.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | -79,768.00 |

**Exhibit 2**
**Page 17 of 22**



Industrial Electric Mfg™  
48205 Warm Springs Blvd  
Fremont CA 94539

dir 510.656.1600  
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

## SHIPPING SCHEDULES-PERFORMANCE
When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

## PENALTY CLAUSE
In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

## CANCELLATION
Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

## WARRANTIES
Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## PURCHASER'S REMEDIES
Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in

tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

## WEIGHTS AND DIMENSIONS
Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

## RETURNING PRODUCTS
Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

## ORDERS
All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

## CREDIT
Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

## TERMS OF PAYMENT
Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

## MINIMUM BILLING
Orders amounting to less than $100.00 net will be billed at $100.00.

## PRICES
Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

## POLICY
Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

## ARBITRATION
Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

## ATTORNEY'S FEES
In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

## SHIPMENT
All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

## TRANSPORTATION ALLOWANCES
Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

## EXPORT PACKAGING
If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.

**Exhibit 2**

**Page 18 of 22**

IEM 72-01-01   Rev1



# Invoice

| | |
|---|---|
| **Invoice No.:** | IF0000009127 |
| **Invoice Date:** | 12/19/2017 |
| **Due Date:** | 1/18/2018 |
| **Order No.:** | 93671 |

**WIEM™**
Tradition. Technology. Innovation.

| | |
|---|---|
| **Cust PO:** | 5501-BK900606D |
| **Order Contact:** | |
| **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

**Invoice To:** CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:** CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 32 | 24202B ELECTROSWITCH | 1.000 | 0.00000 | 0.00 |
| 33 | 751501ACA1A70850810 SEL 751 | 1.000 | 0.00000 | 0.00 |
| | **Serial Number(s):** 31622391068 | | | |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Payment Terms:** Net 30

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

| | |
|---|---|
| **Sales Amount** | 0.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 0.00 |

Industrial Electric Mfg, 48205 Warm Springs Blvd, Fremont, CA, 94539, USA
P: 510-656-1600
http://www.iemfg.com
Page 1 of 1

**Exhibit 2**
**Page 19 of 22**



Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont CA 94539

dir 510.656.1600
fax 510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

## SHIPPING SCHEDULES-PERFORMANCE
When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

## PENALTY CLAUSE
In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

## CANCELLATION
Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

## WARRANTIES
Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## PURCHASER'S REMEDIES
Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in

tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

## WEIGHTS AND DIMENSIONS
Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

## RETURNING PRODUCTS
Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

## ORDERS
All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

## CREDIT
Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

## TERMS OF PAYMENT
Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

## MINIMUM BILLING
Orders amounting to less than $100.00 net will be billed at $100.00.

## PRICES
Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

## POLICY
Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

## ARBITRATION
Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

## ATTORNEY'S FEES
In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

## SHIPMENT
All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

## TRANSPORTATION ALLOWANCES
Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

## EXPORT PACKAGING
If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.



# Invoice

| | | | |
|---|---|---|---|
| **Invoice No.:** | IF0000010165 | **Cust PO:** | 5501-BK900606D |
| **Invoice Date:** | 2/28/2018 | **Order Contact:** | |
| **Due Date:** | 3/30/2018 | **Salesperson:** | Resource Engineered Products, LLC (REP) (34) |
| **Order No.:** | 93671 | **Job Name:** | BONNEVILLE LOCK & DAM - UPGRADE |

**Invoice To:** CED2051

C.E.D POWER (ANAHEIM)
***CUSTOMERSERVICE@CEDPOWER.COM***
2861 EAST LA PALMA AVE.
ANAHEIM CA 92806
USA

**Deliver To:** CED2051-3

NOVA GROUP
BONNEVILLE LOCK & DAM
1-84 EXIT 40
CASCADE OR 97014
USA

| No. | Item ID / Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| 34 | MVSGACLATRYATC LIFT TRUCK ADAPTER FOR AUX TRAY | 1.000 | 0.00000 | 0.00 |

CALL 24 HRS PRIOR TO DELIVERY: TED MOULDING 503-821-8912
SHIPPING SPLITS NEEDED

**Remit To:**

Industrial Electric Mfg
48205 Warm Springs Blvd
Fremont CA 94539
USA
510-656-1600

**Payment Terms:** Net 30

| | |
|---|---|
| **Sales Amount** | 0.00 |
| **Misc Charges** | 0.00 |
| **Freight** | 0.00 |
| **Sales Tax** | 0.00 |
| | 0.00 |
| **Prepaid Amount** | 0.00 |
| **Total** | 0.00 |

**Industrial Electric Mfg, 48205 Warm Springs Blvd, Fremont, CA, 94539, USA**
**P: 510-656-1600**
**http://www.iemfg.com**
Page 1 of 1

**Exhibit 2**
**Page 21 of 22**



Industrial Electric Mfg™
48205 Warm Springs Blvd
Fremont  CA  94539

dir  510.656.1600
fax  510.656.6250

www.iemfg.com

# IEM General Terms and Conditions of Sale

### SHIPPING SCHEDULES-PERFORMANCE

When requested, Industrial Electrical Mfg. will establish estimated shipping schedules as close as possible to customer needs and will use its best efforts to meet the estimated schedule. However, Industrial Electric Mfg. shall not be responsible for failure to meet such schedule. Industrial Electric Mfg. shall not be responsible for any loss or damage to customer for whatever reason, or for any loss or damage of goods when caused directly or indirectly from any cause or causes beyond the control of Industrial Electric Mfg. or the control of its suppliers. Should shipment be held beyond scheduled delivery date for the convenience of the customer, Industrial Electric Mfg. reserves the right to bill for goods and charges for warehousing, insurance, trucking and other associated expenses.

### PENALTY CLAUSE

In no event does Industrial Electric Mfg. agree to pay any amount identified as a penalty or as liquidated damages for failure to meet a shipping schedule, unless a specific Agreement to that effect is made in writing and signed by an officer of Industrial Electric Mfg.

### CANCELLATION

Orders may be terminated by the purchaser only upon payment of reasonable charges based upon expenses already incurred and commitments made by Industrial Electric Mfg. Cancellation charges for completed items will be 100% of the selling price.

### WARRANTIES

Industrial Electric Mfg. warrants the goods sold to be as described and to be free from defects in materials and workmanship under normal and proper usage for a period of one year from date of shipment. No promise, description, affirmation of fact, sample model or representation, oral or written, shall be a part of any order unless specifically set forth herein, or in a separate writing signed by an officer of Industrial Electric Mfg. The warranties set forth above are void if the goods sold hereunder are used in any manner other than their intended purpose or abused or if they are modified, altered or taken apart except according to Industrial Electric Mfg.'s express written instructions. Industrial Electric Mfg. makes no other warranties of any kind, express or implied, and SPECIFICALLY EXCLUDES ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

### PURCHASER'S REMEDIES

Industrial Electric Mfg. agrees to correct any defect in workmanship or material, for merchandise manufactured by it, which may develop under normal and proper usage during a period of one year from date of shipment, or by its option, choose to replace or repay, upon return of the defective part(s) the price paid for such apparatus by the purchaser. Purchaser's remedies shall be limited exclusively to the right of replacement and/or repair or repayment as provided, and do not include any labor cost of replacement. Industrial Electric Mfg., its contractors and suppliers of any tier, shall not be liable in contract, in tort (including negligence) or otherwise for damage or loss of other property or equipment, loss of profits revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the purchaser, or for any special, indirect, incidental, or consequential damages whatsoever. The remedies of the purchaser set forth herein are exclusive and the liability of Industrial Electric Mfg. with respect to any contract, or anything done in connection therewith such as performance or breach thereof, or from manufacture, sale delivery, resale, installation or technical direction of installation, repair or use of any equipment covered by or furnished under the contract, whether any contract, in tort (including negligence) or otherwise, shall not exceed the price of the equipment or part on which such liability is based.

### WEIGHTS AND DIMENSIONS

Published weights are actual or are careful estimates, but are not guaranteed. The dimensions in catalogs are subject to change without notice and are not to be used for construction purposes.

### RETURNING PRODUCTS

Authorization and shipping instructions for the return of any product must be obtained by the purchaser from Industrial Electric Mfg. sales office or distribution outlet before returning the product. The product must be returned with complete identification in accordance with Industrial Electric Mfg. instructions or it will not be accepted. Where a purchaser requests authorization to return the product for reasons of his own, he will be charged for placing the return goods in salable condition (restocking charge) and for any outgoing and incoming transportation paid by Industrial Electric Mfg. In no event will Industrial Electric Mfg. be responsible for a product returned without proper authorization and identification. Industrial Electric Mfg. reserves the right to limit the return of material from any one project to 10% of the value of the project.

### ORDERS

All orders received are subject to acceptance by an authorized representative of Industrial Electric Mfg. Orders must be firm commitments giving complete item description (catalog numbers where applicable) including prices, quantity and shipping requirements. Typographical and clerical errors in quotations, orders, and acknowledgments are subject to correction.

### CREDIT

Purchasers who do not have established credit ratings with Industrial Electric Mfg. shall send satisfactory credit information or references with first order, or send a certified check or money order to avoid delay in order shipment.

### TERMS OF PAYMENT

Terms of payment for all products: 1% 10 Net 30 days. A service charge of 1.5% per month (annual rate 18%) will be added to balances 30 days past due.

### MINIMUM BILLING

Orders amounting to less than $100.00 net will be billed at $100.00.

### PRICES

Prices, discounts and multipliers are subject to change without notice. Verbal quotations, unless accepted, expire the same day they are made. Written quotations, unless accepted, automatically expire 30 calendar days from the date of issue and can be withdrawn by notice within that period.

### POLICY

Orders entered on a "Hold For Release" basis are not manufactured until a release date is received. Allow ample release time to fulfill requirements. Prices on purchase orders placed for orders to be shipped in excess of six months from date of purchase order are subject to increases of 1.5% for each month or fraction thereof in excess of the six months.

### ARBITRATION

Any claim arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related to these General Terms and Conditions, shall be submitted to binding arbitration before an arbitrator selected by the American Arbitration Association. Such arbitrator shall be knowledgeable in the construction industry, and such arbitration shall be conducted in accordance with the rules of the American Arbitration Association in Fremont, CA. The award entered by the arbitrator may be enforced in any court of competent jurisdiction in Alameda County, CA.

### ATTORNEY'S FEES

In any arbitration or litigation arising out of or related in any way to the purchase of goods or services by purchaser, or arising out of or related in any way to these General Terms and Conditions, the prevailing party therein shall be entitled to its reasonable attorneys fees and costs, including but not limited to any fees and costs on appeal or in having an arbitration award confirmed.

### SHIPMENT

All shipments are F.O.B. the point of shipment. In the absence of directions prior to the date of shipment, Industrial Electric Mfg. will select the method of shipment it deems appropriate. If the purchaser prefers a specific method or forwarding agent to handle the shipments, complete instructions must be given. All claims for loss, breakage and damage (obvious or concealed) must be made by the customer to the carriers. Claims for shortages or other errors must be made in writing to Industrial Electric Mfg. within thirty (30) days after receipt of shipment. Failure to give such notice will constitute acceptance and a waiver of all claims by the purchaser.

### TRANSPORTATION ALLOWANCES

Industrial Electric Mfg. will prepay and allow freight charges for orders above $1,000, within the continental United States, to a customer's one preferred shipping address. Packing will be at Industrial Electric Mfg.'s sole discretion and will not include export packing.

### EXPORT PACKAGING

If other than standard commercial packing is required, the cost of such special packing (determinable only after packing is completed) will be charged to the customer.