PAPER CONTAINS FLUORESCENT FIBERS



**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.
4775 CENTENNIAL BLVD. STE 180, COLORADO SPRINGS, CO 80919
Ph. (719)591-8271   FAX (719)591-4154

BANK of AMERICA, N.A.
Chicago, Illinois

CHECK NO. 02100087

2-3
710

PAY TO THE
ORDER OF:

THE NEW IEM LLC
48205 WARM SPRINGS BLVD
FREMONT          CA 94539

DATE
11/01/17

AMOUNT OF CHECK
$*******679,827.00**

VOID IF OVER $679,827.00

AUTHORIZED SIGNATURE

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER

⑈02100087⑈ ⑈071000039⑈ 86661⑈27345⑈

PAYEE:          THE NEW IEM LLC                          NIEM
CHECK DATE:  11/01/17

CHECK #          02100087
AMOUNT    $*******679,827.00**

| LOCATION | FILE REFERENCE PC DATE # | INVOICE DATE | INVOICE NUMBER | DOC TYPE | REF. NO. | INVOICE AMOUNT | DISCOUNT | LOCATION TOTAL | DISCOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CED POWER | 5501 1025 544 | 08/31/17 | 7518-R | IN | | 679,827.00 | .00 | 679,827.00 | .00 |

*781,812.50*

*CED2051*

*D.₱101,985.50*

RECEIVED
NOV 06 2017
By_____

**Exhibit B**
**Page 1 of 2**

IN PAYMENT ON ACCOUNT OF:
CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.    4775 CENTENNIAL BLVD. STE 180, COLORADO SPRINGS, CO 80919
PH. (719)591-8271   FAX (719)591-4154

679,827.00          .00



PAPER CONTAINS FLUORESCENT FIBERS

CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.
4775 CENTENNIAL BLVD. STE 180, COLORADO SPRINGS, CO 80919
PH.(719)591-8271   FAX(719)591-4154

BANK OF AMERICA, N.A.
Chicago, IL

CHECK NO.  2280134

2-3
740

PAY TO THE
ORDER OF

**THE NEW IEM LLC**
**48205 WARM SPRINGS BLVD**
**FREMONT, CA 94539**

DATE
06/07/18

AMOUNT OF CHECK
$*******570,992.00**

***Five Hundred Seventy Thousand Nine Hundred Ninety Two and 00/100
US Dollars

AUTHORIZED SIGNATURE

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER

⑈"022801 34"⑈:071 0000 3 9⑈:86661⑈ 27345⑈"

| PAYEE: | THE NEW IEM LLC | NIEM | CHECK # | 2280134 |
| CHECK DATE: | 06/07/18 | | AMOUNT | $*********570,992.00** |

| LOCATION | FILE REFERENCE | | | INVOICE | INVOICE | DOC | REF. | INVOICE | | LOCATION | |
| | PC | DATE | # | DATE | NUMBER | TYPE | NO. | AMOUNT | DISCOUNT | TOTAL | DISCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CED POWER | 5501 | 1229 | 567 | 12/29/2017 | 839① | IN | | 570,300.00 | .00 | 570,300.00 | .00 |
| SAN BERNARDIN | 6903 | 0525 | 958 | 05/18/2018 | IF0000011595② | IN | | 692.00 | .00 | 692.00 | .00 |

IN PAYMENT ON ACCOUNT OF:
CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

4775 CENTENNIAL BLVD. STE 180, COLORADO SPRINGS, CO 80919
PH.(719)591-8271   FAX(719)591-4154

570,992.00      0.00

① IF 7518   22,217.50   CED 2057   520,300.00
  IF 8931   492,132.50
  IF 8896   55,870.00 pd +80.00 = 55950

② 692.00
   CED 2065

RECEIVED
JUN 11 2018
By_____