Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Bob L. O'Halloran, Jr., OSB No. 134437
bob@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys for Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants, | Case No. 3:18-cv-01905-SB<br><br>UNOPPOSED MOTION FOR CONTINUANCE OF RULE 16 CONFERENCE |

///

PAGE 1 – UNOPPOSED MOTION FOR CONTINUANCE OF RULE 16 CONFERENCE

| |
|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>               Third-Party Plaintiff,<br><br>   vs.<br><br>INDUSTRIAL ELECTRIC MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company,<br><br>               Third-Party Defendants. |

United States of America for the use and benefit of Consolidated Electrical Distributors, Inc., dba CED Power ("CED") moves to continue the Rule 16 conference presently set for April 16, 2019 at 10:00 a.m.  Undersigned counsel certifies according to LR 7.1 that counsel for all parties agree to, or do not oppose, this motion.

In light of the pending Motion to Dismiss from The New IEM, the pending Motion for a Temporary Restraining Order, and today's order reassigning this case to Judge Mosman, the parties have agreed that a 30-day continuance of the Rule 16 hearing is warranted.

///


///

PAGE 2 – UNOPPOSED MOTION FOR CONTINUANCE OF RULE 16 CONFERENCE

Wherefore, CED respectfully requests that this court continue the Rule 16 conference to a date and time convenient for the court that is after May 16, 2019.

DATED this 12th day of April, 2019.

        SCOTT◆HOOKLAND LLP

        /s/ Bob L. O'Halloran, Jr.
        Bob L. O'Halloran, Jr., OSB#134437
        bob@scott-hookland.com
        Douglas R. Hookland, OSB #872583,
        Trial Attorney
        drh@scott-hookland.com
        Of Attorneys for Use Plaintiff and Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power

PAGE 3 – UNOPPOSED MOTION FOR CONTINUANCE OF RULE 16 CONFERENCE