**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR  97204
Telephone: 503.223.3000

    Attorneys for Defendant Filnor Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, | Case No 3:18-cv-01905-MO  **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, | |
| Defendants, | |
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, | |
| Third-Party Plaintiff, | |
| v. | |

Page 1    **NOTICE OF APPEARANCE**

INDUSTRIAL ELECTRIC MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company; and THE NEW IEM, LLC, a California limited liability company,

                Third-Party Defendants.

RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company,

                Fourth-Party Defendants,

    v.

FILNOR INC., an Ohio corporation,

                Fourth-Party Defendant.

**TO:** The Clerk of the Court and to all counsel of record:

Please take notice that the appearance of Fourth-Party Defendant Filnor Inc., is entered in this action through the undersigned attorneys, without waiving objections as to personal jurisdiction, process or service of process. Please serve all future pleadings or papers, except process, upon the undersigned attorneys at their address stated below.

Dated this 4th day of October, 2019.

                **CHOCK BARHOUM LLP**

                John R. Barhoum, OSB No. 045150
                Email: john.barhoum@chockbarhoum.com
                Jeffrey W. Hansen, OSB No. 923290
                Email: jeff.hansen@chockbarhoum.com
                121 SW Morrison Street, Suite 415
                Portland, Oregon 97204
                503-223-3000/ fax 503-954-3321
                    Attorneys for Fourth-Party Defendant Filnor Inc.

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR  97204
Telephone: 503.223.3000

    Attorneys for Defendant Filnor Inc

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, <br><br>    Plaintiff, <br><br>v. <br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, <br><br>    Defendants, <br><br>UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER, <br><br>    Third-Party Plaintiff, <br><br>v. | Case No 3:18-cv-01905-MO <br><br>**CERTIFICATE OF SERVICE** |

Page 1    **CERTIFICATE OF SERVICE**

INDUSTRIAL ELECTRIC MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company; and THE NEW IEM, LLC, a California limited liability company,

                Third-Party Defendants.

RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company, Fourth-Party Defendants.

       v.

FILNOR INC., an Ohio corporation,

                Fourth-Party Defendant.

I hereby certify that a true copy of the foregoing **NOTICE OF APPEARANCE** was served on:

| | | |
|---|---|---|
| Douglas Robert Hookland<br>Bob L. O'Halloran, Jr.<br>Scott Hookland LLP<br>P.O. Box 23414<br>Tigard, OR 97281<br>   *Attorneys for Plaintiff* | ☐<br>☑<br>☑<br><br><br>☐<br><br>☑ | By hand delivery<br>By first-class mail*<br>By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>By facsimile transmission Fax #: (503) 620-4315<br>By e-mail:<br>drh@scott-hookland.com<br>bob@scott-hookland.com |
| John D. Gragg<br>Andrew MacKendrick<br>Seifer Yeats Zwierzynski & Gragg, LLP<br>121 S.W. Morrison Street, Suite 1025<br>Portland, OR 97204<br>   *Attorneys for Nova Group, Inc, Federal Insurance Company, and Liberty Mutual Insurance Company* | ☐<br>☑<br>☑<br><br><br>☐<br><br>☑ | By hand delivery<br>By first-class mail*<br>By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>By facsimile transmission Fax #: (503) 223-9564<br>By e-mail:<br>gragg@seifer-yeats.com<br>amm@seifer-yeats.com |
| Robert D. Scholz<br>Christopher Brady Marks<br>MacMillan Scholz & Marks, P.C.<br>900 SW Fifth Avenue, Suite 1800<br>Portland, OR 97204<br>   *Attorneys for Resource Engineered Products, LLC* | ☐<br>☑<br>☑<br><br><br>☐ | By hand delivery<br>By first-class mail*<br>By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>By facsimile transmission Fax #: (503) 224-0348 |

Page 2    **CERTIFICATE OF SERVICE**

| | |
|---|---|
| | ☑ By e-mail:<br>rscholz@msmlegal.com<br>cmarks@msmlegal.com |
| Joe R. Traylor<br>Holly E. Pettit<br>Hart Wagner, LLP<br>1000 SW Broadway, Suite 2000<br>Portland, OR 97205<br>    *Attorneys for New IEM, LLC* | ☐ By hand delivery<br>☑ By first-class mail*<br>☑ By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>☐ By facsimile transmission<br>Fax #:  (503) 222-2301<br>☑ By e-mail:<br>jrt@hartwagner.com<br>hep@hartwagner.com |

**\***With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 4th day of October, 2019.

              **CHOCK BARHOUM LLP**

              _____
              John R. Barhoum, OSB No. 045150
              Email: john.barhoum@chockbarhoum.com
              Jeffrey W. Hansen, OSB No. 923290
              Email: jeff.hansen@chockbarhoum.com
                Attorneys for Fourth-Party Defendant Filnor Inc