IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** for the use and benefit of **CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.**, a Delaware corporation, *d/b/a* **CED POWER**,<br><br>Plaintiffs,<br><br>v.<br><br>**NOVA GROUP, INC.**, a California corporation; **FEDERAL INSUANCE COMPANY**, an Indiana corporation; and **LIBERTY MUTUAL INSURANCE COMPANY**, a Massachusetts corporation,<br><br>Defendants. | Case No.  3:18-cv-01905-MO |
| **UNITED STATES OF AMERICA** for the use and benefit of **CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.**, a Delaware corporation, *d/b/a* **CED POWER**,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**INDUSTRIAL ELECTRIC MFG., INC.**, a suspended California entity; and **RESOURCE ENGINEERED PRODUCTS, LLC**, an Oregon limited liability company; and **THE NEW IEM, LLC**, a California limited liability company,<br><br>Third-Party Defendants. | STIPULATION AND PROPOSED ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT THE NEW IEM, LLC |
| **RESOURCE ENGINEERED PRODUCTS, LLC**, an Oregon limited liability company,<br><br>Fourth-Party Plaintiff,<br>v.<br><br>**FILNOR INC.**, an Ohio corporation,<br><br>Fourth-Party Defendant. | |

1 - STIPULATION AND PROPOSED ORDER OF
    DISMISSAL OF THIRD-PARTY DEFENDANT THE
    NEW IEM, LLC

## STIPULATION

Plaintiff/Third-Party Plaintiff United States of America for the use and benefit of Consolidated Electrical Distributors, Inc., dba CED Power ("CED") and Third-Party Defendant The New IEM, LLC ("IEM") hereby stipulate and agree that all claims in this case asserted by CED against IEM shall be dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

DATED the 13th day of December, 2019.

IT IS SO STIPULATED:

| SCOTT HOOKLAND LLP | HART WAGNER LLP |
|---|---|
| /s/ Bob L. O'Halloran, Jr. | /s/ Holly E. Pettit |
| Bob L. O'Halloran, Jr., OSB No. 134437 | Joe R. Traylor, OSB No. 964412 |
| Of Attorneys for Use Plaintiff/Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power | Holly E. Pettit, OSB No. 003506 Of Attorneys for Third-Party Defendant The New IEM, LLC |

//
//
//
//
//
//
//

2 - STIPULATION AND PROPOSED ORDER OF
    DISMISSAL OF THIRD-PARTY DEFENDANT THE
    NEW IEM, LLC

**MOSMAN, J.,**

Pursuant to the stipulation of Consolidated Electrical Distributors, Inc., *d/b/a* CED Power ("CED") and Third-Party Defendant The New IEM, LLC ("IEM"), the Court hereby DISMISSES WITH PREJUDICE any and all claims in this case between CED and IEM with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

DATED this 17 day of December, 2019.

_____
MICHAEL W. MOSMAN
Chief United States District Judge

3 - STIPULATION AND PROPOSED ORDER OF
    DISMISSAL OF THIRD-PARTY DEFENDANT THE
    NEW IEM, LLC