Douglas R. Hookland, OSB No. 872583
drh@scott-hookland.com
Bob L. O'Halloran, Jr., OSB No. 134437
bob@scott-hookland.com
Scott ◆ Hookland LLP
9185 SW Burnham
Tigard, OR 97223
P.O. Box 23414
Tigard, OR 97281-3414
(503) 620-4540

Attorneys For Use Plaintiff and Third-Party Plaintiff
Consolidated Electrical Distributors, Inc., dba CED Power

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>Plaintiff,<br>vs.<br><br>NOVA GROUP, INC., a California corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants, | Civil Action No. 3:18-cv-01905-MO<br><br>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER'S STIPULATED NOTICE OF DISMISSAL OF NOVA GROUP, INC. AND RESOURCE ENGINEERED PRODUCTS, LLC ONLY; NOVA GROUP, INC.'S STIPULATED DISMISSAL OF COUNTERCLAIMS AGAINST CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER ONLY |

Page 1 - CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER'S STIPULATED NOTICE OF DISMISSAL OF NOVA GROUP, INC. AND RESOURCE ENGINEERED PRODUCTS, LLC ONLY; NOVA GROUP, INC.'S STIPULATED DISMISSAL OF COUNTERCLAIMS AGAINST CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER ONLY

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, dba CED POWER,<br><br>       Third-Party Plaintiff,<br> vs.<br><br>INDUSTRIAL ELECTRIC MFG., INC., a suspended California entity; and RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company; and THE NEW IEM, LLC, a California limited liability company,<br><br>       Third-Party Defendants.<br><hr>RESOURCE ENGINEERED PRODUCTS, LLC, an Oregon limited liability company,<br><br>       Fourth-Party Plaintiff.<br> vs.<br><br>FILNOR INC., an Ohio corporation,<br><br>       Fourth-Party Defendant. | |

      TO THE COURT, ALL PARTIES AND COUNSEL: Take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), United States of America for the Use Plaintiff and Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power ("CED") dismisses Nova Group, Inc. and Resource Engineered Products, LLC from this action, including all claims asserted therein, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Nova Group Inc. dismisses

Page 2 - CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER'S STIPULATED NOTICE OF DISMISSAL OF NOVA GROUP, INC. AND RESOURCE ENGINEERED PRODUCTS, LLC ONLY; NOVA GROUP, INC.'S STIPULATED DISMISSAL OF COUNTERCLAIMS AGAINST CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER ONLY

its counterclaims against CED. These dismissals do not impact any other claims asserted in this lawsuit, nor any right of any parties not specifically dismissed herein.

Such dismissals shall be with prejudice, with all sides to bear their own costs and fees.

Dated this 17th day of December, 2019.

SCOTT ◆ HOOKLAND LLP

/s/ Bob L. O'Halloran, Jr.
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Bob L. O'Halloran, Jr., OSB #134437
bob@scott-hookland.com
Attorneys for Use Plaintiff and Third-Party Plaintiff CED

So Stipulated:

MACMILLAN, SCHOLZ & MARKS, P.C.

/s/ Christopher B. Marks                    Date: December 17, 2019
Christopher B. Marks, OSB No. 833911
Robert D. Scholz, OSB No. 773379
Of Attorneys for Third-Party Defendant/
Fourth-Party Plaintiff REP

SEIFER, YEATS, ZWIERZYNSKI & GRAGG, LLP

/s/ Andrew MacKendrick                    Date: December 17, 2019
Dan Gragg, OSB No. 960660
Andrew MacKendrick, OSB No. 141022
Of Attorneys for Defendants

Page 3 - CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER'S STIPULATED NOTICE OF DISMISSAL OF NOVA GROUP, INC. AND RESOURCE ENGINEERED PRODUCTS, LLC ONLY; NOVA GROUP, INC.'S STIPULATED DISMISSAL OF COUNTERCLAIMS AGAINST CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER ONLY

SCOTT ◆ HOOKLAND LLP
L A W Y E R S
Mailing Address: Post Office Box 23414, Tigard, Oregon 97281 ◆ Street Address: 9185 SW Burnham, Tigard, Oregon 97223
Telephone: 503-620-4540 ◆ Facsimile: 503-620-4315

CERTIFICATE OF SERVICE

      I hereby certify that on December 17th, 2019, the CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER'S STIPULATED NOTICE OF DISMISSAL OF NOVA GROUP, INC. AND RESOURCE ENGINEERED PRODUCTS, LLC ONLY; NOVA GROUP, INC.'S STIPULATED DISMISSAL OF COUNTERCLAIMS AGAINST CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., DBA CED POWER ONLY was served upon:

| | |
|---|---|
| Dan Gragg<br>Andrew MacKendrick<br>Seifer, Yeats, Zwierzynski & Gragg, LLP<br>121 SW Morrison St., Suite 1025<br>Portland, OR  97204<br>gragg@seifer-yeats.com<br>amm@seifer-yeats.com | ____ by first-class mail<br>  X   by Court's ECF program<br>____ by e-mail<br>____ by hand delivery<br>____ by facsimile<br>____ by courier |

Attorneys for Defendants Nova Group, Inc., Federal Insurance Company, and Liberty Mutual Insurance Company

| | |
|---|---|
| Robert D. Scholz<br>Christopher B. Marks<br>MacMillan, Scholz & Marks, P.C.<br>900 SW Fifth Street, Suite 1800<br>Portland, OR  97204<br>rscholz@msmlegal.com<br>cmarks@msmlegal.com | ____ by first-class mail<br>  X   by Court's ECF program<br>____ by e-mail<br>____ by hand delivery<br>____ by facsimile<br>____ by courier |

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff Resource Engineered Products, LLC

///

///

///

Page 4 - CERTIFICATE OF SERVICE

| | |
|---|---|
| Joe R. Traylor | ____ by first-class mail |
| Holly E. Pettit | _X__ by Court's ECF program |
| Hart Wagner LLP | ____ by e-mail |
| 1000 S.W. Broadway, Twentieth Floor | ____ by hand delivery |
| Portland, OR 97205 | ____ by facsimile |
| jrt@hartwagner.com | ____ by courier |
| hep@hartwagner.com | |
| Of Attorneys for Third-Party Defendant | |
| The New IEM, LLC | |

Dated this 17th day of December, 2019.

SCOTT ◆ HOOKLAND LLP

/s/ Bob L. O'Halloran, Jr.
Douglas R. Hookland, OSB #872583
drh@scott-hookland.com
Bob L. O'Halloran, Jr., OSB #134437
bob@scott-hookland.com
Attorneys for Use Plaintiff and Third-Party Plaintiff Consolidated Electrical Distributors, Inc., dba CED Power

Page 5 - CERTIFICATE OF SERVICE